# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO MAYORQUIN, JR.,<br><br>Defendant. | Case No.: 22-cr-0968-CAB<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE AND EXONERATING BOND** |
|---|---|

**IT IS HEREBY ORDERED** the United States' Motion to Dismiss the Information Without Prejudice (ECF No. 19) is **GRANTED**.

**IT IS THE JUDGMENT OF THE COURT** the Information (ECF No. 16) is dismissed without prejudice. Additionally, the defendant's bond is exonerated.

**IT IS SO ORDERED**.

DATED:   5/24/2022

_____
**HON. CATHY ANN BENCIVENGO**
United States District Judge